## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MMP ENNIS LODGING LLC, D/B/A COMFORT SUITES** <br> *Plaintiffs,* <br><br> **VS.** <br><br><br> **AMGUARD INSURANCE COMPANY** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO: 3:23-cv-1894** <br><br><br><br><br> **JURY DEMANDED** |

## EXHIBIT A
## APPENDIX TO DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1. The following documents are part of Defendant's Notice of Removal and are incorporated thereto by reference:

| | | |
|---|---|---|
| Exhibit A | *Appendix to Defendant's Notice of Removal* | |
| Exhibit B | *Civil Docket Sheet in the State Court Action* | August 24, 2023 |
| Exhibit C | *Citations and Proof of Service* | July 27, 2023 |
| Exhibit D | *Plaintiffs' Original Petition and Jury Demand* | July 21, 2023 |
| Exhibit E | *Defendant's Original Answer* | August 21, 2023 |

2. Defendant AmGuard's Certificate of Interested Parties

3. Defendant AmGuard's Corporate Disclosure Statement

Respectfully submitted,

By: */s/ Christopher W. Martin*
**Christopher W. Martin**
Texas Bar No: 13057620
Email: martin@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.
Niels Esperson Building
808 Travis, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1701
Facsimile: (713) 222-0101

**ATTORNEY-IN-CHARGE FOR
DEFENDANT, AMGUARD
INSURANCE COMPANY**

**Sheryl Kao**
Texas Bar No. 24036874
Email: kao@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

**OF COUNSEL:**
**Jamie P. Cooper**
Texas Bar No. 24027603
E-Mail: cooper@mdjwlaw.com
**Paul W. Bishop III**
Texas Bar No. 24107708
E-mail: bishop@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.
11467 Huebner Road, Suite 175
San Antonio, Texas 78230
Telephone: (210) 298-2480
Facsimile: (210) 298-2479

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on August 24, 2023.

Robert N. Grisham II       <u>**Via ECF:**</u> robert@grishamkendall.com
William A. Kendall           wkendall@grishamkendall.com
GRISHAM & KENDALL, PLLC
5910 N. Central Expressway
Premier Place – Suite 925
Dallas, Texas 75206
**Counsel for Plaintiffs**

              By: _**/s/ Jamie P. Cooper**_
                **Jamie P. Cooper**